THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CRAIG DENNIS SKIPPER, #146391, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | 1:10-CV-420-ID |
| | ) | WO |
| GARY HETZEL, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# **ORDER**

On May 19, 2010, the Magistrate Judge filed a Recommendation (Doc. No. 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED, and

2. The petition for writ of mandamus filed by Craig Dennis Skipper be DISMISSED for lack of jurisdiction.

Done this 7th day of June, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE