THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CRAIG DENNIS SKIPPER, #146391, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:10-CV-420-ID |
| | )    WO |
| GARY HETZEL, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that the petition for writ of mandamus be dismissed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 7th day of June, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE